UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
                                          :   08 Civ. 1108 (WCC)

HAFEZ AHMED and ROKEYA BEGUM,      :   **ECF CASE**

               Plaintiffs,   :

    - against -                           :   **ORDER**

MOHAMMED SIDDIQUE, PAUL N. SENSENIG and :
WELLS BROTHERS INC.,
                                          :
               Defendants.
                                          :
- - - - - - - - - - - - - - - - - - - - X

**CONNER, Sr. D.J.:**

       Pursuant to Local Rule 21 this case should be randomly assigned to a judge located at Foley Square.

SO ORDERED.

Dated:  White Plains, New York
       February 6, 2008

                                                    /s/ William C. Conner
                                              WILLIAM C. CONNER, Senior U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____