UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

HAFEZ AHMED and ROKEYA BEGUM,

        Plaintiff,   ORDER OF REMAND

      -against-   08 Civ. 01108 (MGC)

MOHAMMED SIDDIQUE, PAUL N. SENSENIG,
and WELLS BROTHERS INC.,

        Defendants.

----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

CEDARBAUM, J.

    The parties agree that the plaintiffs and one defendant are domiciled in Connecticut. Since this is an action under state law, there is no basis for federal jurisdiction. Accordingly, the action is remanded to the Supreme Court of Bronx County.

    The Clerk is directed promptly to transmit the case file to the Supreme Court of Bronx County.

SO ORDERED.

Dated:   New York, New York
       May 8, 2008

                S/
                MIRIAM GOLDMAN CEDARBAUM
                United States District Judge